**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF MINNESOTA**

Case number (if known): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **James**<br>First Name<br><br>**David**<br>Middle Name<br><br>**Nading**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | **Michelle**<br>First Name<br><br>**Raye**<br>Middle Name<br><br>**Nading**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | First Name<br><br>Middle Name<br><br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _1_ _4_ _9_ _1_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – _8_ _5_ _0_ _4_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **James David Nading** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

☑ I have not used any business names or EINs.

☑ I have not used any business names or EINs.

Business name

Business name

Business name

Business name

Business name

Business name

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** Where you live

If Debtor 2 lives at a different address:

**37703 Greenleaf Drive**
Number    Street

Number    Street

**Montgomery**          **MN**    **56069**
City                          State    ZIP Code

City                          State    ZIP Code

**Le Sueur**
County

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

Number    Street

P.O. Box

P.O. Box

City                          State    ZIP Code

City                          State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading** _____    Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| **9.** | **Have you filed for bankruptcy within the last 8 years?** | ☐ No |
| | | ☑ Yes. |

District **St. Paul** _____    When _____    Case number _____
                                                        MM / DD / YYYY

District _____    When _____    Case number _____
                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                          MM / DD / YYYY

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No |
| | | ☐ Yes. |

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                          MM / DD / YYYY    if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                          MM / DD / YYYY    if known

| | | |
|---|---|---|
| **11.** | **Do you rent your residence?** | ☑ No.    Go to line 12. |
| | | ☐ Yes.    Has your landlord obtained an eviction judgment against you? |

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| | | |
|---|---|---|
| Debtor 1 | **James David Nading** | |
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

Name of business, if any

Number     Street

City                                    State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number     Street

City                                    State          ZIP Code

---

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49

☐ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5,001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000

☐ $50,001-$100,000

☑ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000

☐ $50,001-$100,000

☑ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading** _____    Case number (if known) _____

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ James David Nading** _____    X **/s/ Michelle Raye Nading** _____

James David Nading, Debtor 1                    Michelle Raye Nading, Debtor 2

Executed on **03/19/2019** _____            Executed on **03/19/2019** _____
MM / DD / YYYY                                  MM / DD / YYYY

| Debtor 1 | **James David Nading** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | | Case number (if known) |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Mark C. Halverson**                                    Date **03/19/2019**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Mark C. Halverson**
Printed name

**Halverson Law Office**
Firm Name

**600 South Second Street**
Number        Street

**P.O. Box 3544**

| **Mankato** | **MN** | **56002** |
|---|---|---|
| City | State | ZIP Code |

Contact phone  **(507) 345-1535**          Email address **halanlaw @halverson.com**

| **124217** | **MN** |
|---|---|
| Bar number | State |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **James** | **David** | **Nading** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.
**377003 Greenleaf Dr, Montgomery, MN**

**Homestead
Legally decribed as; Lot 2, Block1
Greenleaf Lake Estates, LeSueur
County, Minnesota**

**Le Sueur**
County

**What is the property?**
Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   R.09.455.0020

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$320,000.00**

Current value of the portion you own?
**$320,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................→   **$320,000.00**

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading** _____    Case number (if known) _____

| 3.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevy** | ☐ Debtor 1 only | |
| Model: | **Impala** | ☐ Debtor 2 only | |
| Year: | **2007** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | **$3,500.00** / **$3,500.00** |
| Other information: | | | |
| **2007 Chevy Impala** | | ☒ Check if this is community property<br>(see instructions) | |

| 3.2. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Dodge** | ☐ Debtor 1 only | |
| Model: | **Avenger** | ☐ Debtor 2 only | |
| Year: | **2008** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☒ At least one of the debtors and another | **$3,800.00** / **$3,800.00** |
| Other information: | | | |
| **2008 Dodge Avenger**<br>**TITLED IN SONS NAME AND DEBTOR 2** | | ☐ Check if this is community property<br>(see instructions) | |

| 3.3. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevy** | ☐ Debtor 1 only | |
| Model: | **Silverado** | ☒ Debtor 2 only | |
| Year: | **2003** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | **$4,372.00** / **$4,372.00** |
| Other information: | | | |
| **2003 Chevy Silverado** | | ☐ Check if this is community property<br>(see instructions) | |

| 3.4. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Buick** | ☐ Debtor 1 only | |
| Model: | **Encave** | ☐ Debtor 2 only | |
| Year: | **2010** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | **$11,022.00** / **$11,022.00** |
| Other information: | | | |
| **2010 Buick Encave** | | ☐ Check if this is community property<br>(see instructions) | |

| 3.5. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Polaris Ranger** | ☐ Debtor 1 only | |
| Model: | **XPS 906** | ☐ Debtor 2 only | |
| Year: | **2008** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | **$15,499.00** / **$15,499.00** |
| Other information: | | | |
| **2008 Polaris Ranger XPS 906** | | ☐ Check if this is community property<br>(see instructions) | |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ☒ Yes

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| 4.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

| | | |
|---|---|---|
| Make: **Lund** | Check one. | |
| Model: **1660 Classic** | ☐ Debtor 1 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Year: **2006** | ☐ Debtor 2 only | |
| Other information: | ☒ Debtor 1 and Debtor 2 only | |
| **2006 Lund 1660 Classic with Trailer** | ☐ At least one of the debtors and another | **$6,635.00**       **$6,635.00** |
| | ☐ Check if this is community property (see instructions) | |

| 4.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

| | | |
|---|---|---|
| Make: **Artic Cat** | Check one. | |
| Model: **580Z** | ☐ Debtor 1 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Year: **1993** | ☐ Debtor 2 only | |
| Other information: | ☒ Debtor 1 and Debtor 2 only | |
| **1993 Artic Cat 580Z** | ☐ At least one of the debtors and another | **$400.00**       **$400.00** |
| | ☐ Check if this is community property (see instructions) | |

| 4.3. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

| | | |
|---|---|---|
| Make: **Artic Cat** | Check one. | |
| Model: **580EFI** | ☐ Debtor 1 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Year: **1995** | ☐ Debtor 2 only | |
| Other information: | ☒ Debtor 1 and Debtor 2 only | |
| **1995 Artic Cat 580EFI** | ☐ At least one of the debtors and another | **$600.00**       **$600.00** |
| | ☐ Check if this is community property (see instructions) | |

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................➔   **$45,828.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes. Describe..... **Normal Household Goods and Furnishings**                                    **$800.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes. Describe..... **TV, Computer, DVD, VCR, Cell Phones ect**                                    **$600.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes. Describe.....                                    _____

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                                    Case number (if known) _____

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☒ No
    ☐ Yes.  Describe.....                                                              _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes.  Describe.....                                                              _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes.  Describe.....  **Normal Clothing attire**                                  **$250.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☒ No
    ☐ Yes.  Describe.....                                                              _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes.  Describe.....                                                              _____

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☒ No
    ☐ Yes.  Give specific
    information.............                                                           _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3.  Write the number here.................................................................** ➔    **$1,650.00**

| Part 4: | Describe Your Financial Assets |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☐ No
    ☒ Yes.........................................................  Cash:  .........................    **$20.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
    brokerage houses, and other similar institutions.  If you have multiple accounts with the same
    institution, list each.

    ☐ No
    ☒ Yes...........................          Institution name:

    | | | |
    | --- | --- | --- |
    | 17.1. | Checking account: | **Checking account Bank of Zumbrota** | **$1,140.00** |
    | 17.2. | Savings account: | **Savings account Bank of Zumbrota** | **$105.87** |
    | 17.3. | Savings account: | **Savings account AT NSP Credit Union** | **$231.00** |

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                                    Case number (if known) _____

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes.  Give specific information about them......................... Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific information about them......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes.  List each account separately.    Type of account:        Institution name:

    | | 401(k) or similar plan: | **401(k)  Debtor 1 From Work** | $22,308.44 |
    | | 401(k) or similar plan: | **401(k)  Debtor 2 PERA** | $4,159.87 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes............................ Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific information about them                                    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific information about them                                    _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific information about them                                    _____

| | |
|---|---|
| Debtor 1 | **James David Nading** |
| Debtor 2 | **Michelle Raye Nading** |

Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

**Federal: Federal refunds  None.  Amt: $0.00**

**State: State Refunds  None.  Amt: $0.00**

Federal: _____ **$0.00**

State: _____ **$0.00**

Local: _____ **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information  **See continuation page(s).**

_____ **$4,073.00**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................  Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................** →  **$32,038.18**

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                                            Case number (if known) _____

## Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.   List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                      _____

39.  **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
                 desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                      _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                      _____

41.  **Inventory**

☑ No
☐ Yes.  Describe..                                                      _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                       % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

     ☐ No
     ☐ Yes.  Describe.....                                             _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have
     attached for Part 5. Write that number here**...........................................................................  ➔  | $0.00 |

## Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish
   ☑ No
   ☐ Yes....    _____

48. **Crops--either growing or harvested**
   ☑ No
   ☐ Yes.  Give specific
   information................    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes....    _____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes....    _____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes.  Give specific
   information................    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**.................................................................➔    $0.00

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔    $0.00

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.    Part 1: Total real estate, line 2**................................................................................................➔    _____$320,000.00

**56.    Part 2: Total vehicles, line 5**    _____$45,828.00

**57.    Part 3: Total personal and household items, line 15**    _____$1,650.00

**58.    Part 4: Total financial assets, line 36**    _____$32,038.18

**59.    Part 5: Total business-related property, line 45**    _____$0.00

**60.    Part 6: Total farm- and fishing-related property, line 52**    _____$0.00

**61.    Part 7: Total other property not listed, line 54**    +_____$0.00

**62.    Total personal property.**    Add lines 56 through 61..................    $79,516.18    Copy personal property total ➔    +    $79,516.18

**63.    Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................................    $399,516.18

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**
_____    Case number (if known) _____

30.  **Other amounts someone owes you (details):**

    **Wages Due for Debtor 2**                                              **$683.00**

    **Wages Due for Debtor 1**                                           **$3,390.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **David** | **Nading** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*    as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homestead**<br>**Legally decribed as; Lot 2, Block1**<br>**Greenleaf Lake Estates, LeSueur County,**<br>**Minnesota**<br>**Parcel: R.09.455.0020**<br>Line from *Schedule A/B*:   **1.1** | **$320,000.00** | ☒ **$9,952.49**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2008 Dodge Avenger**<br>**TITLED IN SONS NAME AND DEBTOR 2**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.2** | **$3,800.00** | ☒ **$3,700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| **Part 2:** | **Additional Page** | | | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | | *Check only one box for each exemption* | |
| Brief description:<br>**2008 Dodge Avenger**<br>**TITLED IN SONS NAME AND DEBTOR 2**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | $3,800.00 | ☑<br>☐ | $100.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2003 Chevy Silverado**<br><br>Line from *Schedule A/B*: __3.3__ | $4,372.00 | ☑<br>☐ | $4,000.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2010 Buick Encave**<br><br>Line from *Schedule A/B*: __3.4__ | $11,022.00 | ☑<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2008 Polaris Ranger XPS 906**<br><br>Line from *Schedule A/B*: __3.5__ | $15,499.00 | ☑<br>☐ | $100.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2006 Lund 1660 Classic with Trailer**<br><br>Line from *Schedule A/B*: __4.1__ | $6,635.00 | ☑<br>☐ | $6,000.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**1993 Artic Cat 580Z**<br><br>Line from *Schedule A/B*: __4.2__ | $400.00 | ☑<br>☐ | $400.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**1995 Artic Cat 580EFI**<br><br>Line from *Schedule A/B*: __4.3__ | $600.00 | ☑<br>☐ | $600.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Normal Household Goods and Furnishings**<br><br>Line from *Schedule A/B*: __6__ | $800.00 | ☑<br>☐ | $800.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**TV, Computer, DVD, VCR, Cell Phones ect**<br><br>Line from *Schedule A/B*: __7__ | $600.00 | ☑<br>☐ | $600.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1   **James David Nading**
Debtor 2   **Michelle Raye Nading**

Case number (if known) _____

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Normal Clothing attire** Line from *Schedule A/B*: __11__ | $250.00 | ☑ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Cash on Hand** Line from *Schedule A/B*: __16__ | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Checking account Bank of Zumbrota** Line from *Schedule A/B*: __17.1__ | $1,140.00 | ☑ $1,140.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Savings account Bank of Zumrota** Line from *Schedule A/B*: __17.2__ | $105.87 | ☑ $105.87 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Savings account AT NSP Credit Union** Line from *Schedule A/B*: __17.3__ | $231.00 | ☑ $231.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **401(k) Debtor 1 From Work** Line from *Schedule A/B*: __21__ | $22,308.44 | ☑ $22,308.44 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description: **401(k) Debtor 2 PERA** Line from *Schedule A/B*: __21__ | $4,159.87 | ☑ $4,159.87 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description: **Federal refunds  None** Line from *Schedule A/B*: __28__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **State Refunds  None** Line from *Schedule A/B*: __28__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1  **James David Nading**
Debtor 2  **Michelle Raye Nading**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wages Due for Debtor 2**<br><br>Line from *Schedule A/B*:  **30** | **$683.00** | ☑ **$683.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Wages Due for Debtor 1**<br><br>Line from *Schedule A/B*:  **30** | **$3,390.00** | ☑ **$3,390.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **James** | **David** | **Nading** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Michelle** | **Raye** | **Nading** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

<table><tr><td><strong>Part 1:</strong></td><td><strong>List All Secured Claims</strong></td></tr></table>

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Bank of Zumbrota**
Creditor's name
**PO Box 8**
Number    Street
_____

_____

| **Zumbrota** | **MN** | **55992-0008** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**Describe the property that secures the claim:**

**2007 Chevy Impala**

| $4,609.80 | $3,500.00 | $1,109.80 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred **4/28/2018**  Last 4 digits of account number  **3  9  5  8**

**SON IS MAKING THIS PAYMENT TO BANK**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $4,609.80 |
|---|

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them<br>sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|

---

| 2.2 | | Describe the property that<br>secures the claim: | $11,957.68 | $11,022.00 | $935.68 |

**Bank of Zumbrota**
Creditor's name
**1440 S Main St**
Number      Street

**2010 Buick Encave**

_____

**Zumbrota          MN    55992**
City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates
  to a community debt

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 2/20/2018        **Last 4 digits of account number**    3  8  1  3

---

| 2.3 | | Describe the property that<br>secures the claim: | $16,418.98 | $15,499.00 | $919.98 |

**Bank of Zumbrota**
Creditor's name
**1440 S Main St**
Number      Street

**2008 Polaris Ranger**

_____

**Zumbrota          MN    55992**
City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates
  to a community debt

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** _____        **Last 4 digits of account number**    3  9  8  7

**Add the dollar value of your entries in Column A on this page.  Write
that number here:**

| $28,376.66 |

Debtor 1   **James David Nading**
Debtor 2   **Michelle Raye Nading**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.4 | | Describe the property that secures the claim: | $310,047.51 | $320,000.00 | _____ |

**LAKEVIEW**
Creditor's name
**PIO BOX 8068**
Number    Street

**Homestead**

_____

**VIRGINIA BEACH  VA    23450**
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number**   7   1   2   8

| 2.5 | | Describe the property that secures the claim: | $8,500.72 | $4,372.00 | $4,128.72 |

**NSP Credit Union**
Creditor's name
**825 Rice St**
Number    Street

**2003 Chevy Silverado**

_____

**St.Paul          MN   55117**
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number**   x   x   x

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $318,548.23 |
|---|

Debtor 1   **James David Nading**
Debtor 2   **Michelle Raye Nading**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

2.6

Describe the property that
secures the claim:                           **$8,361.13**        **$6,635.00**        **$1,726.13**

**NSP Credit Union**
Creditor's name                             **2006 Lund 1660 Classic with**
**825 Rice St**                              **Trailer**
Number      Street

_____

As of the date you file, the claim is: Check all that apply.

**St.Paul           MN   55117**
City            State   ZIP Code

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?**  Check one.

**Nature of lien.**  Check all that apply.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**    _____    **Last 4 digits of account number**    ____ ____ ____ ____

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                              **$8,361.13**

If this is the last page of your form, add the dollar value totals from
all pages.  Write that number here:                           **$359,895.82**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **James** | **David** | **Nading** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No.  Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **Unknown** | **Unknown** | **Unknown** |

**Halverson Law Office**
Priority Creditor's Name
**PO Box 3544**
Number          Street

_____

**Mankato**              **MN**      **56992**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   11/03/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other.  Specify
   **Attorney fees for this case**

Debtor 1 **James David Nading**

Debtor 2 **Michelle Raye Nading**

Case number (if known) _____

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | | $7,186.00 | $7,186.00 | $0.00 |

**Internal Revenue Service - CIO**
Priority Creditor's Name

**PO Box 7346**
Number      Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **2017**

_____

**Philadelphia**          **PA**   **19101-7346**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

| 2.3 | | $3,876.00 | $3,876.00 | $0.00 |

**Minnesota Department of Revenue**
Priority Creditor's Name

**Bankruptcy Section**
Number      Street

**PO Box 6447**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **2017**

**St. Paul**            **MN**   **55164-0447**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**
_____    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**

**Bank of Zumbrota**
Nonpriority Creditor's Name
**1440 S Main St**
Number        Street

**Zumbrota        MN    55992**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5    4    3    2
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for - COVERED BRIDGE**

**$1,859.92**

---

**4.2**

**CABELA'S CLUB VISA**
Nonpriority Creditor's Name
**PO BOX 82519**
Number        Street

**LINCOLN        NE    68501-2519**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7    5    9    3
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**$3,093.12**

---

Debtor 1   **James David Nading**
Debtor 2   **Michelle Raye Nading**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.3**

$5,064.30

**CAPITOL ONE**
Nonpriority Creditor's Name
**PO BOX 60599**
Number        Street
_____
_____

**CITY OF INDUSTRY    CA    91716-0599**
City                       State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6   8   5   6
**When was the debt incurred?**    _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**4.4**

$1,017.56

**CAPITOL ONE**
Nonpriority Creditor's Name
**PO BOX 4155**
Number        Street
_____
_____

**CAROL STREAM    IL    60197-4155**
City                       State    ZIP Code
**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0   0   2   4
**When was the debt incurred?**    _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**4.5**

$5,218.97

**CAPITOL ONE**
Nonpriority Creditor's Name
**PO BOX 6492**
Number        Street
_____
_____

**CAROL STREAM    IL    60197-6492**
City                       State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0   5   9   4
**When was the debt incurred?**    _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| Debtor 1 | **James David Nading** | |
|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) _____ |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | | $7,663.01 |
|---|---|---|

**CAPITOL ONE RETAIL SERVICES**
Nonpriority Creditor's Name
**PO BOX 7680**
Number        Street

_____

**CAROL STREAM        IL        60116-7680**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    3   7   3   9

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.7 | | $1,066.99 |
|---|---|---|

**CARECREDIT/SYNCHRONY BANK**
Nonpriority Creditor's Name
**ATTN: BANKRUPTCY DEPT**
Number    Street
**PO BOX 965064**

**ORLANDO, FL  32896--5064**

_____

City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    6   9   9   6

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.8 | | $323.22 |
|---|---|---|

**COMENITY - HERBERGERS**
Nonpriority Creditor's Name
**PO BOX 659813**
Number        Street

_____

**SAN ANTONIO        TX        78265-9113**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    8   4   5   9

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| Debtor 1 | **James David Nading** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.9 | | $1,030.94 |
|---|---|---|

**CREDIT ONE BANK**
Nonpriority Creditor's Name
**PO BOX 60500**
Number        Street

**Last 4 digits of account number**   4   9   8   5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CITY OF INDUSTRY**   **CA**   **91716-0500**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.10 | | $8,439.49 |
|---|---|---|

**MAYO CLINIC**
Nonpriority Creditor's Name
**PO BOX 790339**
Number        Street

**Last 4 digits of account number**   4   7   4   5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ST. LOUIS**   **MO**   **63179-0339**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **MEDICAL**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.11 | | $9,971.17 |
|---|---|---|

**SALLIE MAE**
Nonpriority Creditor's Name
**PO BOX 8377**
Number        Street

**Last 4 digits of account number**   1   6   9   3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PHILADELPHIA**   **PA**   **19101-8377**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other.  Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.12**                                                                        **$6,286.65**

**SYNCHRONY BANK**                      Last 4 digits of account number    **6   9   9   6**
Nonpriority Creditor's Name
**PO BOX 960061**                       When was the debt incurred?    _____
Number      Street

_____                  As of the date you file, the claim is: Check all that apply.
                                         ☐ Contingent
_____                  ☐ Unliquidated
                                         ☐ Disputed
**ORLANDO          FL     32896-0061**
City             State   ZIP Code        Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.      ☐ Student loans
☐ Debtor 1 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                             that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another ☑ Other.  Specify
☐ Check if this claim is for a community debt    **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

**4.13**                                                                        **$1,678.96**

**SYNCHRONY BANK**                      Last 4 digits of account number    **9   4   8   9**
Nonpriority Creditor's Name
**PO BOX 960061**                       When was the debt incurred?    _____
Number      Street

_____                  As of the date you file, the claim is: Check all that apply.
                                         ☐ Contingent
_____                  ☐ Unliquidated
                                         ☐ Disputed
**ORLANDO          FL     32896-0061**
City             State   ZIP Code        Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.      ☐ Student loans
☑ Debtor 1 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                             that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another ☑ Other.  Specify
☐ Check if this claim is for a community debt    **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

**4.14**                                                                        **$1,365.88**

**SYNCHRONY BANK / JCP**                Last 4 digits of account number    **5   9   1   9**
Nonpriority Creditor's Name
**PO BOX 960090**                       When was the debt incurred?    _____
Number      Street

_____                  As of the date you file, the claim is: Check all that apply.
                                         ☐ Contingent
_____                  ☐ Unliquidated
                                         ☐ Disputed
**ORLANDO          FL     32896-0090**
City             State   ZIP Code        Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.      ☐ Student loans
☐ Debtor 1 only                          ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 2 only                             that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another ☑ Other.  Specify
☐ Check if this claim is for a community debt    **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **James David Nading**
Debtor 2   **Michelle Raye Nading** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
| --- |

| 4.15 | | | | $2,027.21 |

**VISA**
Nonpriority Creditor's Name
**PO BOX 672051**
_____
Number      Street

Last 4 digits of account number   **2   5   3   0**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS            TX     75267-2021**
City                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| 4.16 | | | | $1,676.20 |

**WELLS FARGO EDUCATIONAL SERVICES**
Nonpriority Creditor's Name
**PO BOX 10365**
_____
Number      Street

Last 4 digits of account number   **0   2   0   1**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**DES MOINES        IA     50306-0365**
City                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

Who incurred the debt?   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

Debtor 1   **James David Nading**

Debtor 2   **Michelle Raye Nading**                                          Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**ARstrat**
Name
**c/o General Trust Deposit**
Number       Street
**PO Box 33720**

**Detroit**          **MI**    **48232-3720**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.10**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   1   5   4**

---

**Client Services**
Name
**3451 Harry S Truman Blvd**
Number       Street

**Saint Charles**    **MO**    **63301-4047**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.13**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**NSP St Paul CU**
Name
**PO BOX 495937**
Number       Street

**Cincinnati**       **OH**    **45249**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  _____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | | Total claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $11,062.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $2,160.00 |
| | 6e. | **Total.**    Add lines 6a through 6d. | 6d. | $13,222.00 |

| | | | | Total claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $11,647.37 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $46,136.22 |
| | 6j. | **Total.**    Add lines 6f through 6i. | 6j. | $57,783.59 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **David** | **Nading** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **David** | **Nading** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☑ No. Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Joseph Nading** | | |
|---|---|---|---|
| | Name | | |
| | **37703 Greenleaf Dr** | | |
| | Number     Street | | |
| | | | |
| | **Montogomery** | **MN** | **56069** |
| | City | State | ZIP Code |

☑ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Bank of Zumbrota**

**Fill in this information to identify your case:**

| Debtor 1 | **James** | **David** | **Nading** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **DISTRICT OF MINNESOTA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Repairman/Operator** | **Custodian** |
| **Employer's name** | **Northern States Power Co** | **Independent School District** |
| **Employer's address** | **414 Nicollet Mall**<br>Number  Street | **101 Second St NE**<br>Number  Street |
| | **Minneapolis    MN    55401**<br>City                State    Zip Code | **Montgomery    MN    56069**<br>City              State    Zip Code |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $12,560.23 | $1,618.85 |
| **3.** | **Estimate and list monthly overtime pay.** | 3. **+** | $0.00 | $0.00 |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. | $12,560.23 | $1,618.85 |

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................... → | 4. | **$12,560.23** | **$1,618.85** |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$2,958.86** | **$189.67** |
| **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | **$108.33** |
| **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| **5e.** Insurance | 5e. | **$450.21** | **$0.00** |
| **5f.** Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| **5g.** Union dues | 5g. | **$277.81** | **$45.24** |
| **5h.** Other deductions.<br>Specify: **See continuation sheet** | 5h. + | **$830.53** | **$0.00** |
| **6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$4,517.41** | **$343.24** |
| **7.** **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | **$8,042.82** | **$1,275.61** |

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| **8b.** Interest and dividends | 8b. | **$0.00** | **$0.00** |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| **8d.** Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| **8e.** Social Security | 8e. | **$0.00** | **$0.00** |
| **8f.** Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: | 8f. | **$0.00** | **$0.00** |
| **8g.** Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| **8h.** Other monthly income.<br>Specify: | 8h. + | **$0.00** | **$0.00** |
| **9.** **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |

**10.** **Calculate monthly income.**   Add line 7 + line 9.      10.  **$8,042.82** + **$1,275.61** = **$9,318.43**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.       12.  **$9,318.43**   **Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  **Debtor 1 is now on disability pay and in a few weeks will only get 70% of pay instead of 100% of disability pay.**

| Debtor 1 | **James David Nading** | |
|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) |

| 5h. | **Other Payroll Deductions (details)** | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Loan** | $180.53 | |
| | **HSA** | $650.00 | |
| | Totals: | $830.53 | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **David** | **Nading** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your
name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ No

   ☑ Yes. Fill out this information
   for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| SON | 18 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

        **Your expenses**

4. **The rental or home ownership expenses for your residence.**                    4.    _____ **$2,050.64**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                                          4a.    _____

   4b. Property, homeowner's, or renter's insurance                              4b.    _____

   4c. Home maintenance, repair, and upkeep expenses                            4c.    _____ **$175.00**

   4d. Homeowner's association or condominium dues                              4d.    _____

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

**Your expenses**

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. **$328.00** |
| | 6b.  Water, sewer, garbage collection | 6b. **$225.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. **$523.15** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. **$700.00** |
| 8. | **Childcare and children's education costs** | 8. **$160.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$185.00** |
| 10. | **Personal care products and services** | 10. **$90.00** |
| 11. | **Medical and dental expenses** | 11. **$250.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. **$750.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$175.00** |
| 14. | **Charitable contributions and religious donations** | 14. **$20.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. **$332.56** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: **TAX DEPOSIT GOING FORWARD** | 16. **$600.00** |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1   **2010 Buick** | 17a. **$306.00** |
| | 17b.  Car payments for Vehicle 2   **2003 Chevy** | 17b. **$244.00** |
| | 17c.  Other.  Specify: **Bank of Zumbrota Loan** | 17c. **$273.00** |
| | 17d.  Other.  Specify: **NSP Loan/ Silverado / Bank of Zubrota Polaris Ranger** | 17d. **$502.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.**  Specify: _____ | 19. _____ |

Debtor 1   **James David Nading**

Debtor 2   **Michelle Raye Nading**

Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: **See continuation sheet** _____   21. + _____ **$422.00**

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$8,311.35** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$8,311.35** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$9,318.43** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | **$8,311.35** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$1,007.08** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

21. Other.  Specify:

**Misc expenses** $300.00

**NSP Credit Union Loan for 2006 Lund Boat** $122.00

Total: **$422.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **David** | **Nading** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | **$320,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | **$79,516.18** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................... | **$399,516.18** |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$359,895.82** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$13,222.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$57,783.59** |
| | Your total liabilities | **$430,901.41** |

## Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................. | **$9,318.43** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J................................................. | **$8,311.35** |

| Debtor 1 | **James David Nading** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) | |

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6.** **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.** **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from
Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| $10,660.89 |
|---|

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations. (Copy line 6a.)          $0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)          $11,062.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)          $0.00

9d. Student loans. (Copy line 6f.)          $11,647.37

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)          $0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)          + $0.00

9g. **Total.** Add lines 9a through 9f.

| $22,709.37 |
|---|

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **James** | **David** | **Nading** |
|---|---|---|---|
|  | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James David Nading** _____   X **/s/ Michelle Raye Nading** _____
James David Nading, Debtor 1                    Michelle Raye Nading, Debtor 2

Date **03/19/2019** _____                      Date **03/19/2019** _____
  MM / DD / YYYY                                   MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **David** | **Nading** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **James David Nading** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) | |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | ☑ Wages, commissions, bonuses, tips | **$17,173.00** | ☑ Wages, commissions, bonuses, tips | **$2,602.45** |
| | | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2018__)<br>YYYY | | ☑ Wages, commissions, bonuses, tips | **$111,774.51** | ☑ Wages, commissions, bonuses, tips | **$22,661.76** |
| | | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2017__)<br>YYYY | | ☑ Wages, commissions, bonuses, tips | **$101,419.87** | ☑ Wages, commissions, bonuses, tips | **$17,690.67** |
| | | ☐ Operating a business | | ☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**    Case number (if known) _____

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Lakeview**<br>Creditor's name | | **$6,200.00** | **$310,047.51** | ☑ Mortgage |
| **PO Box8068**<br>Number    Street | **Oct 2018**<br>**Sept 2018**<br>**Aug 2018** | | | ☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors |
| **Virginia Beach    VA    23450**<br>City    State    ZIP Code | | | | ☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **NSP Credit Union**<br>Creditor's name | | **$546.00** | **$8,500.00** | ☐ Mortgage |
| **825 Rice St**<br>Number    Street | **10/2018**<br>**9/2018**<br>**8/2018** | | | ☐ Car<br>☐ Credit card<br>☑ Loan repayment<br>☐ Suppliers or vendors |
| **St. Paul    MN    55117**<br>City    State    ZIP Code | | | | ☐ Other _____ |

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading** _____    Case number (if known) _____

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
     corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
     agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
     such as child support and alimony.

     ☑ No
     ☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
     benefited an insider?**

     Include payments on debts guaranteed or cosigned by an insider.

     ☑ No
     ☐ Yes.  List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
| --- | --- |

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
     modifications, and contract disputes.

     ☑ No
     ☐ Yes.  Fill in the details.

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached,
     seized, or levied?**
     Check all that apply and fill in the details below.

     ☑ No.  Go to line 11.
     ☐ Yes.  Fill in the information below.

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any
     amounts from your accounts or refuse to make a payment because you owed a debt?**

     ☑ No
     ☐ Yes.  Fill in the details.

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of
     creditors, a court-appointed receiver, a custodian, or another official?**

     ☑ No
     ☐ Yes

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No

☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Halverson Law Office**<br>Person Who Was Paid | | | |
| **PO Box 3544**<br>Number     Street | | **11/03/2018** | **$1,340.00** |
| | | | |
| **Mankato**          **MN**   **56992**<br>City          State   ZIP Code | | | |
| <br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**  (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                                    Case number (if known) _____

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.

☐ Yes.  Check all that apply above and fill in the details below for each business.

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☐ Yes.  Fill in the details below.

Debtor 1    **James David Nading**
Debtor 2    **Michelle Raye Nading**

Case number (if known) _____

---

**Part 12:    Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ James David Nading**_____    X **/s/ Michelle Raye Nading**_____
James David Nading, Debtor 1                    Michelle Raye Nading, Debtor 2

Date    __**03/19/2019**__                      Date    __**03/19/2019**__

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature*  (Official Form 119).

```
ARstrat
c/o General Trust Deposit
PO Box 33720
Detroit, MI  48232-3720


Bank of Zumbrota
PO Box 8
Zumbrota, MN  55992-0008



Bank of Zumbrota
1440 S Main St
Zumbrota, MN  55992



CABELA'S CLUB VISA
PO BOX 82519
LINCOLN, NE 68501-2519



CAPITOL ONE
PO BOX 60599
CITY OF INDUSTRY, CA  91716-0599



CAPITOL ONE
PO BOX 4155
CAROL STREAM, IL  60197-4155



CAPITOL ONE
PO BOX 6492
CAROL STREAM,IL  60197-6492



CAPITOL ONE RETAIL SERVICES
PO BOX 7680
CAROL STREAM, IL  60116-7680



CARECREDIT/SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965064
ORLANDO, FL  32896--5064
```

Client Services
3451 Harry S Truman Blvd
Saint Charles, MO  63301-4047


COMENITY - HERBERGERS
PO BOX 659813
SAN ANTIONIO, TX  78265-9113


CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY, CA 91716-0500


Halverson Law Office
PO Box 3544
Mankato, MN 56992


Internal Revenue Service - CIO
PO Box 7346
Philadelphia   PA  19101-7346


Joseph Nading
37703 Greenleaf Dr
Montogomery, MN   56069


LAKEVIEW
PIO BOX 8068
VIRGINIA BEACH, VA   23450


MAYO CLINIC
PO BOX 790339
ST. LOUIS, MO  63179-0339


Minnesota Department of Revenue
Bankruptcy Section
PO Box 6447
St. Paul, MN  55164-0447

NSP Credit Union
825 Rice St
St.Paul, MN  55117


NSP St Paul CU
PO BOX 495937
Cincinnati, OH  45249


SALLIE MAE
PO BOX 8377
PHILADELPHIA, PA  19101-8377


SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL  32896-0061


SYNCHRONY BANK / JCP
PO BOX 960090
ORLANDO, FL  32896-0090


VISA
PO BOX 672051
DALLAS, TX  75267-2021


WELLS FARGO EDUCATIONAL SERVICES
PO BOX 10365
DES MOINES, IA  50306-0365

| Fill in this information to identify your case: | Check as directed in lines 17 and 21: |
|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **James**<br>First Name | **David**<br>Middle Name | **Nading**<br>Last Name |
|---|---|---|---|
| Debtor 2<br>(Spouse, if filing) | **Michelle**<br>First Name | **Raye**<br>Middle Name | **Nading**<br>Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known) _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☒ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3). _____

☐ 3. The commitment period is 3 years.

☒ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

**Official Form 122C-1**

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $9,030.86 | $1,630.03 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here ➜ | $0.00 | $0.00 |

Debtor 1   **James David Nading**

Debtor 2   **Michelle Raye Nading**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**6.   Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**7.   Interest, dividends, and royalties** — $0.00 — $0.00

**8.   Unemployment compensation** — $0.00 — $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.................................................................   $0.00

For your spouse....................................................   $0.00

**9.   Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. — $0.00 — $0.00

**10.   Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.   + _____   + _____

**11.   Calculate your total average monthly income.**  Add lines 2 through 10 for each column.  Then add the total for Column A to the total for Column B.

$9,030.86 + $1,630.03 = $10,660.89

**Total average monthly income**

## Part 2:   Determine How to Measure Your Deductions from Income

**12.   Copy your total average monthly income from line 11.** ................................................................. $10,660.89

**13.   Calculate the marital adjustment.**  Check one:

☐ You are not married.  Fill in 0 below.

☑ You are married and your spouse is filing with you.  Fill in 0 below.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____   _____

_____   _____

_____ + _____

Total........................................................   $0.00   Copy here →   − $0.00

**14.   Your current monthly income.**  Subtract the total in line 13 from line 12.   $10,660.89

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**          Case number (if known) _____

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➔ ..................................................................................................    **$10,660.89**

Multiply line 15a by 12 (the number of months in a year).                               **X    12**

15b. The result is your current monthly income for the year for this part of the form. ............................    **$127,930.68**

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.              **Minnesota**

16b. Fill in the number of people in your household.              **3**

16c. Fill in the median family income for your state and size of household...........................................    **$92,063.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐  Line 15b is less than or equal to line 16c.  On the top of page 1 of this form, check box 1, *Disposable income is not determined
under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☑  Line 15b is more than line 16c.  On the top of page 1 of this form, check box 2, *Disposable income is determined under
11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

**18. Copy your total average monthly income from line 11.** ...................................................    **$10,660.89**

**19. Deduct the marital adjustment if it applies.**  If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...................................    **– $0.00**

19b. **Subtract line 19a from line 18.**                                           **$10,660.89**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ................................................................................................    **$10,660.89**

Multiply by 12 (the number of months in a year).                               **X    12**

20b. The result is your current monthly income for the year for this part of the form. ............    **$127,930.68**

20c. Copy the median family income for your state and size of household from line 16c. ....................................    **$92,063.00**

**21. How do the lines compare?**

☐  Line 20b is less than line 20c.  Unless otherwise ordered by the court, on the top of this form,
check box 3, *The commitment period is 3 years*.  Go to Part 4.

☑  Line 20b is more than or equal to line 20c.  Unless otherwise ordered by the court, on the top of page 1
of this form, check box 4, *The commitment period is 5 years*.  Go to Part 4.

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading** _____    Case number (if known) _____

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ James David Nading _____    **X** /s/ Michelle Raye Nading _____
    James David Nading, Debtor 1                          Michelle Raye Nading, Debtor 2

Date  **3/19/2019** _____    Date  **3/19/2019** _____
     MM / DD / YYYY                            MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **James** | **David** | **Nading** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle** | **Raye** | **Nading** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 122C-2

## Chapter 13 Calculation of Your Disposable Income
04/16

To fill out this form, you will need your completed copy of Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**
Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| | 3 |
|---|---|

**National Standards**      You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.      **$1,384.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| People who are under 65 years of age | | |
|---|---|---|
| 7a. Out-of-pocket health care allowance per person | **$52.00** | |
| 7b. Number of people who are under 65 | X         3 | |
| 7c. **Subtotal.** Multiply line 7a by line 7b. | **$156.00** | Copy here → $156.00 |
| People who are 65 years of age or older | | |
| 7d. Out-of-pocket health care allowance per person | **$114.00** | |
| 7e. Number of people who are 65 or older | X | |
| 7f. **Subtotal.** Multiply line 7d by line 7e. | **$0.00** | Copy here → + $0.00 |
| 7g. **Total.** Add lines 7c and 7f. | **$156.00** | Copy here → $156.00 |

| Debtor 1 | **James David Nading** | | |
|---|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | | Case number (if known) |

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

- ■ Housing and utilities -- Insurance and operating expenses
- ■ Housing and utilities -- Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities -- Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $599.00

9.  **Housing and utilities -- Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   $1,196.00

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **LAKEVIEW** | **$5,167.46** |
| | |
| + | |

9b.  Total average monthly payment   | $5,167.46 | Copy here ➔  − $5,167.46   Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.   | $0.00 | Copy here ➔   $0.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $800.00

Explain why: _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐  0. Go to line 14.
☐  1. Go to line 12.
☑  2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.   $368.00

| Debtor 1 | **James David Nading** | |
|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) _____ |

**13.** **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below.  You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    Describe Vehicle 1:  **2003 Chevy Silverado**

13a. Ownership or leasing costs using IRS Local Standard. ................................................ **$497.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **NSP Credit Union** | **$141.68** |
| | + |
| Total average monthly payment | **$141.68** |

Copy here ➜  — **$141.68**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense.
Subtract line 13b from line 13a.  If this number is less than $0, enter $0. .................  **$355.32**

Copy net Vehicle 1 expense here ➜  **$355.32**

**Vehicle 2**    Describe Vehicle 2:  **2007 Chevy Impala**

13d. Ownership or leasing costs using IRS Local Standard. ................................................ **$497.00**

13e. Average monthly payment for all debts secured by Vehicle 2.  Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Bank of Zumbrota** | **$76.83** |
| **Bank of Zumbrota** | **$199.29** |
| Total average monthly payment | **$276.12** |

Copy here ➜  — **$276.12**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense.
Subtract line 13e from line 13d.  If this number is less than $0, enter $0. .......................  **$220.88**

Copy net Vehicle 2 expense here ➜  **$220.88**

**14.** **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation.    **$0.00**

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                                          Case number (if known) _____

---

15.  **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may     **$0.00**
     also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may
     not claim more than the IRS Local Standard for Public Transportation.

| Other Necessary Expenses | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16.  **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-     **$2,778.11**
     employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from
     your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12
     and subtract that number from the total monthly amount that is withheld to pay for taxes.
     Do not include real estate, sales, or use taxes.

17.  **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions,     **$618.33**
     union dues, and uniform costs.
     Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18.  **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are     **$0.00**
     filing together, include payments that you make for your spouse's term life insurance.
     Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any
     form of life insurance other than term.

19.  **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative     **$0.00**
     agency, such as spousal or child support payments.
     Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20.  **Education:** The total monthly amount that you pay for education that is either required:     **$0.00**
     - as a condition for your job, or
     - for your physically or mentally challenged dependent child if no public education is available for similar services.

21.  **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.     **$0.00**
     Do not include payments for any elementary or secondary school education.

22.  **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that     **$0.00**
     is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a
     health savings account. Include only the amount that is more than the total entered in line 7.
     Payments for health insurance or health savings accounts should be listed only in line 25.

23.  **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services     +  **$200.00**
     for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell
     phone service, to the extent necessary for your health and welfare or that of your dependents or for the production
     of income, if it is not reimbursed by your employer.
     Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment
     expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted.

24.  **Add all of the expenses allowed under the IRS expense allowances.**     **$7,479.64**
     Add lines 6 through 23.

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. Note: Do not include any expense allowances listed in lines 6-24. |
|---|---|

25.  **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health
     insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your
     spouse, or your dependents.

     Health insurance                        **$494.52**

     Disability insurance                     **$0.00**

     Health savings account             +     **$0.00**

     Total                          **$494.52**   Copy total here  ➜ .................................................    **$494.52**

     Do you actually spend this total amount?

     ☐ No. How much do you actually spend?    _____
     ☑ Yes

26.  **Continued contributions to the care of household or family members.** The actual monthly expenses that you     **$0.00**
     will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled
     member of your household or member of your immediate family who is unable to pay for such expenses. These
     expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**    Case number (if known) _____

27.  **Protection against family violence.**  The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. By law, the court must keep the nature of these expenses confidential.    $0.00

28.  **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.    _____

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29.  **Education expenses for dependent children who are younger than 18.**  The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.    $160.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

30.  **Additional food and clothing expense.**  The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards.  That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $46.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form.  This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31.  **Continuing charitable contributions.**  The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization.  11 U.S.C. § 548(d)(3) and (4).    +  $0.00

Do not include any amount more than 15% of your gross monthly income.

32.  **Add all of the additional expense deductions.**    $700.52

Add lines 25 though 31.

| Debtor 1 | **James David Nading** | |
|---|---|---|
| Debtor 2 | **Michelle Raye Nading** | Case number (if known) _____ |

## Deductions for Debt Payment

**33.** **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

**Average monthly payment**

**Mortgages on your home**

33a.  Copy line 9b here.......................................................... ➔  **$5,167.46**

**Loans on your first two vehicles**

33b.  Copy line 13b here.......................................................... ➔  **$141.68**

33c.  Copy line 13e here.......................................................... ➔  **$276.12**

33d.  List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| **Bank of Zumbrota** | **2008 Polaris Ranger** | ☑ No  ☐ Yes | **$273.65** |
| **NSP Credit Union** | **2006 Lund 1660 Classic with** | ☑ No  ☐ Yes | **$139.35** |
| _____ | _____ | ☐ No  ☐ Yes + | _____ |

33e.  Total average monthly payment.  Add lines 33a through 33d..................................  **$5,998.26**   Copy total here ➔   **$5,998.26**

**34.** **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.  Go to line 35.

☑ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount).  Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | ÷ 60 = + | _____ |
| | | Total  **$0.00** | Copy total here ➔  **$0.00** |

**35.** **Do you owe any priority claims--such as a priority tax, child support, or alimony--that are past due as of the filing date of your bankruptcy case?**
11 U.S.C. § 507.

☐ No.  Go to line 36.

☑ Yes.  Fill in the total amount of all of these priority claims.  Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims.......................................................  **$11,098.00**   ÷ 60 =   **$184.97**

Debtor 1  **James David Nading**

Debtor 2  **Michelle Raye Nading**

Case number (if known) _____

**36. Projected monthly Chapter 13 plan payment**                                        **$1,300.00**

Current multiplier for your district as stated on the list issued by the Administrative
Office of the United States Courts (for districts in Alabama and North Carolina) or
by the Executive Office for United States Trustees (for all other districts).

                                                                                    X _____ **8.8** %

To find a list of district multipliers that includes your district, go online using the link
specified in the separate instructions for this form. This list may also be available
at the bankruptcy clerk's office.

Average monthly administrative expense                         **$114.40**   Copy total   **$114.40**
                                                                            here ➔

**37. Add all of the deductions for debt payment.**
Add lines 33g through 36.                                                                **$6,297.63**

| Total Deductions from Income |
|---|

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*...................   **$7,479.64**

Copy line 32, *All of the additional expense deductions*.................................................   **$700.52**

Copy line 37, *All of the deductions for debt payment*....................................   +   **$6,297.63**

Total deductions                                             **$14,477.79**   Copy total   **$14,477.79**
                                                                            here ➔

---

| **Part 2:** | **Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)** |
|---|---|

**39. Copy your total current monthly income from line 14 of Form 122C-1, Chapter 13**
Statement of Your Current Monthly Income and Calculation of Commitment Period. .................................   **$10,660.89**

**40. Fill in any reasonably necessary income you receive for support of dependent children.**
The monthly average of any child support payments, foster care payments, or
disability payments for a dependent child, reported in Part 1 of Form 122C-1, that
you received in accordance with applicable nonbankruptcy law to the extent
reasonably necessary to be expended for such child.                         _____

**41. Fill in all qualified retirement deductions.** The monthly total of all amounts that
your employer withheld from wages as contributions for qualified retirement
plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans
from retirement plans, as specified in 11 U.S.C. § 362(b)(19).              **$0.00**

**42. Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).**
Copy line 38 here...........................................................................   ➔   **$14,477.79**

**43. Deduction for special circumstances.** If special circumstances justify additional
expenses and you have no reasonable alternative, describe the special
circumstances and their expenses. You must give your case trustee a detailed
explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ + | _____ |
|                          Total | **$0.00** Copy ➔ + **$0.00** |
|  | here |

Debtor 1    **James David Nading**

Debtor 2    **Michelle Raye Nading**                                                    Case number (if known) _____

**44.** **Total adjustments.**  Add lines 40 through 43........................................................ ➔   $14,477.79    **Copy here** ➔   −  $14,477.79

**45.** **Calculate your monthly disposable income under § 1325(b)(2).**  Subtract line 44 from line 39.    ($3,816.90)

| Part 3: | Change in Income or Expenses |
|---------|------------------------------|

**46.** **Change in income or expenses.**  If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below.  For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|------|------|-------------------|----------------|-----------------------|------------------|
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease |  |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease |  |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease |  |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease |  |

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X **/s/ James David Nading**                                    X **/s/ Michelle Raye Nading**
James David Nading, Debtor 1                                   Michelle Raye Nading, Debtor 2

Date  **3/19/2019**                                            Date  **3/19/2019**
MM / DD / YYYY                                                 MM / DD / YYYY