UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In Re:                                                Chapter 13 BKY No.: 19-30803-KAC

**James David Nading,**
**Michelle Raye Nading**                              NOTICE OF VOLUNTARY DISMISSAL

        Debtor(s)

TO:         Chapter 13 Trustee and U.S. Trustee

**COME NOW** the above-named debtors, by and through their attorney of record, and hereby voluntarily dismiss the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307. In support of this election, the debtors show unto the Court the following:

1. This case was commenced by the filing of a voluntary Chapter 13 petition on March 19, 2019.

2. This case has not been previously converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

Dated: 6-10-19

/e/ Mark C. Halverson
Mark C. Halverson, I.D. 124217
Halverson Law Office
600 South 2nd Street
PO Box 3544
Mankato, MN 56002-3544
Telephone: 507/345-1535
HALANLAW@HALVERSON.COM
ATTORNEY FOR DEBTORS

After being fully informed and advised of the consequences of a dismissal of my Chapter 13 case, I have requested my attorney to file the necessary documents with the Bankruptcy Court so as to cause my case to be dismissed.

Dated: 6-8-2019

/s/ James D. Nading
James David Nading

Dated: 6-8-2019

/s/ Michelle Raye Nading
Michelle Raye Nading